**TRANSMITTAL OF FINANCIAL REPORTS AND**
**CERTIFICATION OF COMPLIANCE WITH**
**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**THE PERIOD ENDED:**

IN RE:      **Wilson Land Properties, LLC**      :

                                   :     **CASE NO.:**     18-10514
                                     :     **Chapter 11**
                                        **Judge:**     **Arthur Harris**
                                      :

                    **Debtor**
                                      :

As debtor in possession, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.  That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)      **YES___XX**      **NO_____**

3.  That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current. (If not, attach a written explanation)      **YES__X__**      **NO_____**

4.  No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)      **YES___XX**      **NO_____**

5.  All United States Trustee Quarterly fees have been paid and are current. **YES___XX**      **NO_____**

6.  Have you filed your prepetition tax returns. (If not, attach a written explanation)      **YES___NOT DUE**      **NO_____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated:  _3/20/18_

_____
**Responsible Officer of the Debtor in Possession**

                                 **Title**                  **Phone**

**FORM 1**

Statement with respect to taxes

Debtor is a real estate holding company. Debtor has not received any real estate tax bills. However, debtor is not a escrowing real estate taxes because it's cash flow will not permit that expenditure. However, debtor will be shortly proposing a Chapter 11 liquidating plan.

Wilson Land Properties, LLC
OPERATING STATEMENT (P&L)
Period Ending:    February 28, 2018

Case No:    18-10514

| | Current Month Feb-18 | | Total Since Filing | |
|---|---|---|---|---|
| Total Revenue/Sales | $ | 11,960.00 | $ | 11,960.00 |
| Cost of Sales | | | | |
| **GROSS PROFIT** | $ | 11,960.00 | $ | 11,960.00 |
| EXPENSES: | | | | |
| Officer Compensation | | | | |
| Salary Expenses other Employees | | | | |
| Employee Benefits & Pensions | | | | |
| Payroll Taxes | | | | |
| Other Taxes | $ | 10,219.47 | $ | 10,219.47 |
| Rent and Lease Expense | | | | |
| Interest Expense | | | | |
| Insurance | | | | |
| Automobile and Truck Expense | | | | |
| Utilities (gas, electric, phone) | $ | 293.15 | $ | 293.15 |
| Depreciation | | | | |
| Travel and Entertainment | | | | |
| Repairs and Maintenance | $ | 579.00 | $ | 579.00 |
| Advertising | | | | |
| Supplies, Office Expense, etc. | | | | |
| Other Specify | | | | |
| Other Specify | | | | |
| **TOTAL EXPENSES:** | $ | 11,091.62 | $ | 11,091.62 |
| **NET OPERATING PROFIT/(LOSS)** | $ | 868.38 | $ | 868.38 |
| Add: Non-Operating Income: | | | | |
| Interest Income | | | | |
| Other Income | | | | |
| Less: Non-Operating Expenses: | | | | |
| Professional Fees | | | | |
| Other | | | | |
| **NET INCOME/(LOSS)** | $ | 868.38 | $ | 868.38 |

Dated: 3/20/18

Responsible Officer of the Debtor in Possession

FORM 2

**Wilson Land Properties, LLC**
**BALANCE SHEET**
**Period Ending:  February 28, 2018**

Case No:    18-10514

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | $    11,424.08 | $        - | $        148.07 |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | $  4,544,610.00 | | $  4,544,610.00 |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | $  4,556,034.08 | $        - | $  4,544,758.07 |
| **LIABILITIES:** | | | |
| Postpetition Liabilities: | | | |
| Accounts Payable: | $        188.16 | $        - | $        - |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | $    10,219.47 | | |
| Other: | | | |
| **TOTAL Postpetition Liab.** | $    10,407.63 | | $        - |
| Secured Liabilities: | | | |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liab.** | | | |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | $  1,816,875.97 | | $  1,816,875.97 |
| Unsecured Liabilities: | $        110.83 | | $        110.83 |
| Other: | | | |
| **TOTAL Prepetition Liab.** | $  1,816,986.80 | | $  1,816,986.80 |
| Equity: | | | |
| Owners Capital: | $  2,737,942.67 | | $  2,737,942.67 |
| Retained Earnings-Pre Pet. | $    (10,171.40) | | $    (10,171.40) |
| Retained Earnings-Post Pet. | $        868.38 | | |
| **TOTAL Equity:** | $  2,728,639.65 | | $  2,727,771.27 |
| **TOTAL LIABILITIES AND EQUITY:** | $  4,556,034.08 | $        - | $  4,544,758.07 |

Dated:  3/20/18    _Ucal M. Olum_
**Responsible Officer of the Debtor in Possession**

FORM 3

Wilson Land Properties, LLC
SUMMARY OF OPERATIONS
Period Ended: February 28, 2018

Case No: __18-10514__

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | | | | |
| State: | | | | |
| Local: | | | | |
| FICA Withheld: | | | | |
| Employers FICA: | | | | |
| Unemployment Tax: | | | | |
| Federal: | | | | |
| State: | | | | |
| Sales, Use & Excise Taxes: | | | | |
| Property Taxes: | $    - | $  10,219.47 | | $  10,219.47 |
| Workers' Compensation | | | | |
| Other: | | | | |
| TOTALS: | $    - | $  10,219.47 | $    - | $  10,219.47 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | $  188.16 | | |
| Accounts Receivable | NONE | | |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Dated: 3/20/18          _____
Responsible Officer of the Debtor in Possession

FORM 4

Wilson Land Properties, LLC
MONTHLY CASH STATEMENT
Period Ending:   February 28, 2018

Cash Activity Analysis (Cash Basis Only):                          Case No:   18-10514

| | | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $    148.07 | | | | |
| B. | Receipts (Attach separate schedule) | $ 11,960.00 | | | | |
| C. | Balance Available (A + B) | $ 12,108.07 | | | | |
| D. | Less Disbursements (Attach separate schedule) | $    104.99 | | | | |
| E. | ENDING BALANCE (C - D) | $ 12,003.08 | | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
    1. Depository Name & Location    Erie Bank
    2. Account Number    1306976797

Payroll Account:
    1. Depository Name & Location    NONE
    2. Account Number

Tax Account:
    1. Depository Name & Location    NONE
    2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

Date: 3/20/18

Responsible Officer of the Debtor in Possession

FORM 5

Wilson Land Properties, LLC
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: February 28, 2018

Case No: __18-10514__

The following information is to be provided for each shareholder, officer,
director, manager, insider, or owner that is employed by the debtor in possession.
Attach additional pages if necessary.

Name:        Richard M. Osborne

Capacity:        _____ Shareholder
                 _____ Officer
                 _____ Director
                 XXXXXX Insider

Detailed Description of Duties:        Managing Member

| Current Compensation Paid: | None | Weekly | or | Monthly |
|---|---|---|---|---|

| Current Benefits Paid: | None | Weekly | or | Monthly |
|---|---|---|---|---|
| Health Insurance | | | | |
| Life Insurance | | | | |
| Retirement | | | | |
| Company Vehicle | | | | |
| Entertainment | | | | |
| Travel | | | | |
| Other Benefits | | | | |
| Total Benefits | | | | |

| Current Other Payments Paid: | | Weekly | or | Monthly |
|---|---|---|---|---|
| Rent Paid | None | | | |
| Loans | None | | | |
| Other (Describe) | None | | | |
| Other (Describe) | None | | | |
| Other (Describe) | None | | | |
| Total Other Payments | None | | | |

| CURRENT TOTAL OF ALL PAYMENTS: | None | Weekly | or | Monthly |
|---|---|---|---|---|

Dated: 3/20/18

Richard M. Osborne
Responsible Officer of the Debtor in Possession

FORM 6

## SCHEDULE OF IN-FORCE INSURANCE

**Period Ending:**   28-Feb-18

Case No:__ 18-10514

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | No employees | |
| General Business Policy | | |
| Residential & Commercial<br>Policy covers most commercial propertied | Conifer Ins. Co. | 11/16/2018 |
| Residential & Commercial<br>15 policies covering residential | State Farm | 11/13/2018 |
| Residential & Commercial<br>Covers Tinman storage units | State Auto | 9/29/2018 |

Dated: 3/20/18

Responsible Officer of the Debtor in Possession

FORM 7

# Wilson Land Properties LLC
## Cash Receipts Journal
### For the Period From Feb 1, 2018 to Feb 28, 2018

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Date | Account ID | Transaction Ref | Line Description | Debit Amnt | Credit Amnt |
|------|-----------|-----------------|------------------|-----------|-------------|
| 2/16/18 | 5650 1001 | 3607 | 11520 Monarch | 2,500.00 | 2,500.00 |
| 2/16/18 | 5650 1001 | cash2/16/18 | | 360.00 | 360.00 |
| 2/19/18 | 5650 1001 | 743 | | 800.00 | 800.00 |
| 2/20/18 | 5650 1001 | cash22018 | | 900.00 | 900.00 |
| 2/21/18 | 5650 1001 | 3795 | | 450.00 | 450.00 |
| 2/22/18 | 5650 1001 | 40850 | | 1,500.00 | 1,500.00 |
| 2/23/18 | 5650 1001 | cash2/23/18 | | 800.00 | 800.00 |
| 2/26/18 | 5650 1001 | 6037 | | 3,600.00 | 3,600.00 |
| 2/28/18 | 5650 1001 | cash22817 | | 600.00 | 600.00 |
| 2/28/18 | 5650 1001 | 5024 | | 450.00 | 450.00 |
| | | | | 11,960.00 | 11,960.00 |

# Wilson Land Properties LLC
## Cash Disbursements Journal
### For the Period From Feb 1, 2018 to Feb 28, 2018

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|------------------|-------------:|--------------:|
| 2/22/18 | 1000 | 3001 | Invoice: 9010 tyler 1/18 | 104.99 | |
| | | 1001 | Aqua Ohio | | 104.99 |
| 2/22/18 | 1001 | 3001 | Invoice: 871278 | 579.00 | |
| | | 1001 | RVK Mechanical | | 579.00 |
| | Total | | | 683.99 | 683.99 |

# Wilson Land Properties LLC
## Account Reconciliation
### As of Feb 28, 2018
### 1001 - Cash - Erie Bank - DIP
### Bank Statement Date: February 28, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 148.07 |
| Add: Cash Receipts | | | | 11,960.00 |
| Less: Cash Disbursements | | | | (683.99) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 11,424.08 |
| Ending Bank Balance | | | | 12,003.08 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Feb 22, 2018 | 1001 | (579.00) | |
| Total outstanding checks | | | | (579.00) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 11,424.08 |



**2035 Edinboro Road, Erie, PA, 16509**
**Return Service Requested**

Phone number:
1-886-822-2980
Website:
www.ERIEBANK.bank

WILSON LAND PROPERTIES LLC
PO BOX 1020
MENTOR OH 44061-1020

## Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Small Business Checking | '6797 | $12,003.08 |

## Small Business Checking -   '6797

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $0.00 |
| Feb 28 | Total Deposits | | 12,108.07 | |
| Feb 28 | Total Withdrawals | 104.99 | | |
| | ENDING BALANCE | | | $12,003.08 |

WILSON LAND PROPERTIES, LLC
DEBTOR IN POSSESSION, CASE #18-10514

### Deposits and Credits

| Date | Transaction Description | Amount |
|---|---|---|
| Feb 08 | New Account Deposit | 148.07 |
| Feb 16 | Deposit | 2,860.00 |
| Feb 20 | Deposit | 800.00 |
| Feb 20 | Deposit | 900.00 |
| Feb 21 | Deposit | 450.00 |
| Feb 22 | Deposit | 1,500.00 |
| Feb 23 | Deposit | 800.00 |
| Feb 26 | Deposit | 3,600.00 |
| Feb 28 | Deposit | 1,050.00 |

## Bank on the Go, 24/7

In addition to standard mobile banking services and account access, mobile banking through ERIEBANK's Mobile Banking app, **goMobile**, allows you to...

  **Deposit checks** to your ERIEBANK accounts directly from your mobile device!

**Manage your debit card availability** on the go by notifying the bank of your travel plans.

**Turn your ERIEBANK Check Card on and off** if you misplace it to prevent fraudulent activity.

 **Get Fast Balance** (your balance plus the last 5 transactions) without logging in to goMobile.

 Log in to goMobile using **Fingerprint Login** using the fingerprint sensor, if available on your device.

*Standard text and data rates apply.*
*Mobile Deposit is available to customers after 30 days.*

**go** Mobile

**DOWNLOAD THE APP AND ENROLL TODAY!** APPLE APP STORE · GOOGLE PLAY STORE · AMAZON APPSTORE

Member FDIC

02QP8A_BK_266CN0001_M034


| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | | BEFORE RECONCILING – DEDUCT ANY SERVICE CHARGES OR OTHER DEBIT CHARGES ON STATEMENT FROM YOUR CHECKBOOK BALANCE – ADD ANY INTEREST CREDITS OR OTHER CREDITS TO YOUR CHECKBOOK. |
|---|---|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT | | | |
| | | | | | | |
| | | | | | | LAST BALANCE ON STATEMENT _____ |
| | | | | | | |
| | | | | | | ADD DEPOSITS NOT ON STATEMENT     + _____ |
| | | | | | | |
| | | | | | | TOTAL _____ |
| | | | | | | |
| | | | | | | DEDUCT TOTAL CHECKS OUTSTANDING   – _____ |
| | | | | | | |
| | | | | | | YOUR CHECKBOOK SHOULD SHOW THIS BALANCE _____ |
| | | | | | | |
| TOTAL TO TOP OF NEXT COLUMN | | TOTAL CHECKS OUTSTANDING | | TOTAL DEPOSITS | | **PLEASE CHECK CAREFULLY AND REPORT ANY DIFFERENCES** |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us or write us at the number or address shown on the front of the statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

**We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.**

If your address has changed, please contact your local Bank Representative.

029ERB


## Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 1000 | Feb 28 ❑ | 104.99 | | | | | | |

Number of Checks: 1    * Indicates a skip in sequence    e Indicates an electronic check

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Feb 08 | 148.07 | Feb 20 | 4,708.07 | Feb 22 | 6,658.07 | Feb 26 | 11,058.07 |
| Feb 16 | 3,008.07 | Feb 21 | 5,158.07 | Feb 23 | 7,458.07 | Feb 28 | 12,003.08 |

## Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|----------|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---------------|-------------------|----------|---------------|-------------|------|----------------|
| Feb 08, 2018 | 0.00 | 12,108.07 | 0.00 | 104.99 | 0.00 | 12,003.08 |