TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: March 31, 2018

IN RE: Wilson Land Properties, LLC

CASE NO.: 18-10514
Chapter 11
Judge: Arthur I. Harris

Debtor

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   | X | Operating Statement | (Form 2) |
   | X | Balance Sheet | (Form 3) |
   | X | Summary of Operations | (Form 4) |
   | X | Monthly Cash Statement | (Form 5) |
   | X | Statement of Compensation | (Form 6) |
   | X | Schedule of In-Force Insurance | (Form 7) |

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)     **YES__XX__     NO_____**

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current. (If not, attach a written explanation)     **YES_____     NO_____**

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)     **YES__XX__     NO_____**

5. All United States Trustee Quarterly fees have been paid and are current.     **YES__XX__     NO_____**

6. Have you filed your prepetition tax returns. (If not, attach a written explanation)     **YES__NOT DUE__ NO_____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated: 4/15/18

_____
Responsible Officer of the Debtor in Possession

Managing Member     216-215-1313
Title                         Phone

FORM 1

Wilson Land Properties, LLC
OPERATING STATEMENT (P&L)
Period Ending: March 31, 2018

Case No: 18-10514

|  | Current Month March, 2018 | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $ 6,875.00 | $ 18,835.00 |
| Cost of Sales |  |  |
| **GROSS PROFIT** | $ 6,875.00 | $ 18,835.00 |
| **EXPENSES:** |  |  |
| Officer Compensation |  |  |
| Salary Expenses other Employees |  |  |
| Employee Benefits & Pensions |  |  |
| Payroll Taxes |  |  |
| Other Taxes | $ 10,219.47 | $ 20,438.94 |
| Rent and Lease Expense |  |  |
| Interest Expense |  |  |
| Insurance |  |  |
| Automobile and Truck Expense |  |  |
| Utilities (gas, electric, phone) | $ 327.95 | $ 621.10 |
| Depreciation |  |  |
| Travel and Entertainment |  |  |
| Repairs and Maintenance | $ 5,303.00 | $ 5,882.00 |
| Advertising |  |  |
| Supplies, Office Expense, etc. |  |  |
| Other Specify |  |  |
| Other Specify |  |  |
| **TOTAL EXPENSES:** | $ 15,850.42 | $ 26,942.04 |
| **NET OPERATING PROFIT/(LOSS)** | $ (8,975.42) | $ (8,107.04) |
| Add: Non-Operating Income: |  |  |
|     Interest Income |  |  |
|     Other Income |  |  |
| Less: Non-Operating Expenses: |  |  |
|     Professional Fees |  |  |
|     Other |  |  |
| **NET INCOME/(LOSS)** | $ (8,975.42) | $ (8,107.04) |

Dated: 4/15/18

_[signature]_
Responsible Officer of the Debtor in Possession

FORM 2

Wilson Land Properties, LLC
BALANCE SHEET
Period Ending: March 31, 2018

Case No: 18-10514

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | $ 11,672.18 | $ 11,424.08 | $ 148.07 |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | $ 4,544,610.00 | $ 4,544,610.00 | $ 4,544,610.00 |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | $ 4,556,282.18 | $ 4,556,034.08 | $ 4,544,758.07 |
| **LIABILITIES:** | | | |
| Postpetition Liabilities: | | | |
| Accounts Payable: | $ - | $ 188.16 | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | $ 20,438.94 | $ 10,219.47 | |
| Other: | | | |
| **TOTAL Postpetition Liab.** | $ 20,438.94 | $ 10,407.63 | |
| Secured Liabilities: | | | |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liab.** | | | |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | $ 1,816,875.97 | $ 1,816,875.97 | $ 1,816,875.97 |
| Unsecured Liabilities: | $ 110.83 | $ 110.83 | $ 110.83 |
| Other: | | | |
| **TOTAL Prepetition Liab.** | $ 1,816,986.80 | $ 1,816,986.80 | $ 1,816,986.80 |
| Equity: | | | |
| Owners Capital: | $ 2,737,942.67 | $ 2,737,942.67 | $ 2,737,942.67 |
| Retained Earnings-Pre Pet. | $ (10,171.40) | $ (10,171.40) | $ (10,171.40) |
| Retained Earnings-Post Pet. | $ (8,914.83) | $ 868.38 | |
| **TOTAL Equity:** | $ 2,718,856.44 | $ 2,728,639.65 | $ 2,727,771.27 |
| **TOTAL LIABILITIES AND EQUITY:** | $ 4,556,282.18 | $ 4,556,034.08 | $ 4,544,758.07 |

Dated: 4/5/18

_____
Responsible Officer of the Debtor in Possession

FORM 3

Wilson Land Properties, LLC
SUMMARY OF OPERATIONS
Period Ended: March 31, 2018

Case No: __18-10514__

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | | | | |
| State: | | | | |
| Local: | | | | |
| FICA Withheld: | | | | |
| Employers FICA: | | | | |
| Unemployment Tax: | | | | |
| Federal: | | | | |
| State: | | | | |
| Sales, Use & Excise Taxes: | | | | |
| Property Taxes: | $ 10,219.47 | $ 10,219.47 | | $ 20,438.94 |
| Workers' Compensation | | | | |
| Other: | | | | |
| TOTALS: | $ 10,219.47 | $ 10,219.47 | | $ 20,438.94 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable | $ - | | |
| Accounts Receivable | $ - | | |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Dated: 4/15/18   _[signature]_
Responsible Officer of the Debtor in Possession

FORM 4

Wilson Land Properties, LLC
MONTHLY CASH STATEMENT
Period Ending: March 31, 2018

Cash Activity Analysis (Cash Basis Only):         Case No: 18-10514

|   | | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ 11,424.08 | | | | |
| B. | Receipts (Attach separate schedule) | $ 6,875.00 | | | | |
| C. | Balance Available (A + B) | $ 18,299.08 | | | | |
| D. | Less Disbursements (Attach separate schedule) | $ 6,626.90 | | | | |
| E. | ENDING BALANCE (C - D) | $ 11,672.18 | | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
1. Depository Name & Location    Erie Bank
2. Account Number    1306976797

**Payroll Account:**
1. Depository Name & Location
2. Account Number

**Tax Account:**
1. Depository Name & Location
2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):
None

Date: 4/15/18    [signature]
Responsible Officer of the Debtor in Possession

FORM 5

Wilson Land Properties, LLC
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: March 31, 2018

Case No: 18-10514

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

Name: Richard M. Osborne

Capacity:
_____ Shareholder
_____ Officer
_____ Director
XXXXXX Insider

Detailed Description of Duties: Managing Member

| | | Weekly | or | Monthly |
|---|---|---|---|---|
| Current Compensation Paid: | None | | | |
| | | | | |
| Current Benefits Paid: | None | Weekly | or | Monthly |
| Health Insurance | | | | |
| Life Insurance | | | | |
| Retirement | | | | |
| Company Vehicle | | | | |
| Entertainment | | | | |
| Travel | | | | |
| Other Benefits | | | | |
| Total Benefits | | | | |
| | | | | |
| Current Other Payments Paid: | | Weekly | or | Monthly |
| Rent Paid | None | | | |
| Loans | None | | | |
| Other (Describe) | None | | | |
| Other (Describe) | None | | | |
| Other (Describe) | None | | | |
| Total Other Payments | None | | | |
| | | | | |
| CURRENT TOTAL OF ALL PAYMENTS: | None | Weekly | or | Monthly |

Dated: 4/15/18

_____
Responsible Officer of the Debtor in Possession

FORM 6

Wilson Land Properties, LLC.

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending    31-Mar-18

Case No:__ 18-10514

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | No Employees | |
| General Business Policy | | |
| Residential & Commercial<br>Policy covers most commercial properties | Conifer Ins. Co. | 11/16/2018 |
| Residential & Commercial<br>15 policies covering residential | State Farm | 11/13/2018 |
| Residential & Commercial<br>Covers Tinman storage units | State Auto | 9/29/2018 |

Dated: 4/15/18    _____M. Olin_____
Responsible Officer of the Debtor in Possession

# Wilson Land Properties LLC
## Account Reconciliation
## As of Mar 31, 2018
## 1001 - Cash - Erie Bank - DIP
## Bank Statement Date: March 31, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 11,424.08 |
| Add: Cash Receipts | | | | 6,875.00 |
| Less: Cash Disbursements | | | | (6,626.90) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 11,672.18 |
| Ending Bank Balance | | | | 11,774.38 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Mar 23, 2018 | 1015 | (3.60) | |
| | Mar 23, 2018 | 1016 | (98.60) | |
| Total outstanding checks | | | | (102.20) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 11,672.18 |



**ERIEBANK**
A division of CNB Bank

2035 Edinboro Road, Erie, PA, 16509
Return Service Requested

Phone number:
1-888-822-2990
Website:
www.ERIEBANK.bank

**Customer Statement**  Pg 1 of 3

**Account Number:** 76797
**Statement Date:** Mar 01, 2018 thru Mar 30, 2018

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Small Business Checking | 1306976797 | $11,774.38 |

WILSON LAND PROPERTIES LLC
PO BOX 1020
MENTOR OH 44061-1020

### Small Business Checking 6797

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | $12,003.08 |
| Mar 30 | Total Deposits |  | 6,875.00 |  |
| Mar 30 | Total Withdrawals | 7,103.70 |  |  |
|  | ENDING BALANCE |  |  | $11,774.38 |

WILSON LAND PROPERTIES, LLC
DEBTOR IN POSSESSION, CASE #18-10514

### Deposits and Credits

| Date | Transaction Description | Amount |
|---|---|---|
| Mar 01 | Deposit | 800.00 |
| Mar 02 | Deposit | 800.00 |
| Mar 07 | Deposit | 750.00 |
| Mar 08 | Deposit | 1,035.00 |
| Mar 12 | Deposit | 1,600.00 |
| Mar 13 | Deposit | 890.00 |
| Mar 20 | Deposit | 550.00 |
| Mar 27 | Deposit | 450.00 |

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Mar 05 | 579.00 | 1002 | Mar 14 | 24.66 | 1003 | Mar 14 | 16.87 |



FREE Person-to-Person transfers, or P2P, is now available within ERIEBANK Personal eBanking!

What is P2P? Person-to-Person transfers, or P2P, allow you to quickly send money to someone whether they are an ERIEBANK customer or a customer of another financial institution. This service is FREE and can easily be accessed through Personal eBanking or the goMobile app! P2P is available to all customers with a personal checking or savings account.

Member FDIC



**ERIE BANK**

Customer Statement  Pg 3 of 3

Account Number: 76797
Statement Date: Mar 01, 2018 thru Mar 30, 2018

## Check Summary (Continued)

| Check No. | Date | Amount | Check No | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1004 | Mar 14 | 126.75 | 1008 | Mar 21 | 144.00 | 1012 | Mar 19 | 1.74 |
| 1005 | Mar 15 | 81.75 | 1009 | Mar 20 | 29.81 | 1013 | Mar 19 | 9.45 |
| 1006 | Mar 15 | 353.00 | 1010 | Mar 21 | 20.41 | 1014 | Mar 27 | 4,350.00 |
| 1007 | Mar 15 | 246.26 | 1011 | Mar 23 | 520.00 | 1017* | Mar 23 | 600.00 |

Number of Checks: 15     * Indicates a skip in sequence     e Indicates an electronic check

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Mar 01 | 12,803.08 | Mar 08 | 14,809.08 | Mar 15 | 16,449.79 | Mar 21 | 16,794.38 |
| Mar 02 | 13,603.08 | Mar 12 | 16,409.08 | Mar 19 | 16,438.60 | Mar 23 | 15,674.38 |
| Mar 05 | 13,024.08 | Mar 13 | 17,299.08 | Mar 20 | 16,958.79 | Mar 27 | 11,774.38 |
| Mar 07 | 13,774.08 | Mar 14 | 17,130.80 | | | | |

## Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Mar 01, 2018 | 12,003.08 | 6,875.00 | 0.00 | 7,103.70 | 0.00 | 11,774.38 |

## Wilson Land Properties LLC
## Cash Receipts Register
## For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt |
|------|-----------|------|---------------|------|-------------|
| 3/1/18 | cash3/1/18 | Receipt | Mcdougall 8724 munso | rent | $ 800.00 |
| 3/2/18 | cash3/2/18 | Receipt | tillett 7371 reynold | rent | $ 800.00 |
| 3/7/18 | 406 | Receipt | Trick 7357 reynolds | rent | $ 750.00 |
| 3/8/18 | 2286 | Receipt | houk 9010 tyler U | rent | $ 1,035.00 |
| 3/12/18 | 510065/64 | Receipt | Brandts 1204 w.Jacks | rent | $ 800.00 |
| 3/12/18 | 599 | Receipt | Hayward 9010tyler #R | rent | $ 450.00 |
| 3/12/18 | cash31218 | Receipt | Vilcheck 7347reynold | rent | $ 350.00 |
| 3/13/18 | 3833 | Receipt | Feldkamp 7347 Reyn | rent | $ 450.00 |
| 3/13/18 | cash31318 | Receipt | Bahr 7347 Reynolds c | rent | $ 440.00 |
| 3/20/18 | 2003 | Receipt | Cook 523 mentor ave | rent | $ 550.00 |
| 3/27/18 | 5026 | Receipt | Aquilla 9010tyler #H | rent | $ 450.00 |
| | | Total | | | $ 6,875.00 |

# Wilson Land Properties LLC
## Cash Disbursements Register
### For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 3/8/18 | 1002 | Payment | city Of Painesville | Utilities | $ 24.66 |
| 3/8/18 | 1003 | Payment | city Of Painesville | Utilities | $ 16.87 |
| 3/8/18 | 1004 | Payment | city Of Painesville | Utilities | $ 126.75 |
| 3/8/18 | 1005 | Payment | Lake County Dept | Utilities | $ 81.75 |
| 3/8/18 | 1006 | Payment | RVK | repair | $ 353.00 |
| 3/8/18 | 1007 | Payment | safeguard | computer checks, deposits | $ 246.26 |
| 3/12/18 | 1008 | Payment | Aqua | Utilities | $ 144.00 |
| 3/12/18 | 1009 | Payment | city Of Painesville | Utilities | $ 29.81 |
| 3/12/18 | 1010 | Payment | city Of Painesville | Utilities | $ 20.41 |
| 3/12/18 | 1011 | Payment | ldc | Stake utility easement | $ 520.00 |
| 3/12/18 | 1012 | Payment | orwell natural | Utilities | $ 1.74 |
| 3/12/18 | 1013 | Payment | orwell natural | Utilities | $ 9.45 |
| 3/19/18 | 1014 | Payment | RVK | new furnace | $ 4,350.00 |
| 3/23/18 | 1015 | Payment | city Of Painesville | Utilities | $ 3.60 |
| 3/23/18 | 1016 | Payment | city Of Painesville | Utilities | $ 98.60 |
| 3/23/18 | 1017 | Payment | Jay Stencil | maintenance | $ 600.00 |
| | | Total | | | $ 6,626.90 |