TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: April 30, 2018

IN RE: Wilson Land Properties, LLC

CASE NO.: 18-10514
Chapter 11
Judge: Arthur I. Harris

Debtor

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation) YES__XX____ NO_____

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current. (If not, attach a written explanation) YES_____ NO_____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation) YES___XX___ NO_____

5. All United States Trustee Quarterly fees have been paid and are current. YES__XX____ NO_____

6. Have you filed your prepetition tax returns. (If not, attach a written explanation) YES_____ NO_____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated: 6-11-18

_____
Responsible Officer of the Debtor in Possession

Managing Member    216-215-1313
Title              Phone

FORM 1

Wilson Land Properties, LLC
OPERATING STATEMENT (P&L)
Period Ending: April 30, 2018

Case No: 18-10514

|  | Current Month April '18 | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $ 7,445.00 | $ 26,280.00 |
| Cost of Sales | | |
| **GROSS PROFIT** | $ 7,445.00 | $ 26,280.00 |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | $ 10,219.47 | $ 30,658.41 |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | $ 499.24 | $ 1,161.87 |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | $ 5,882.00 |
| Advertising | | |
| Supplies, Office Expense, etc. | | $ 766.26 |
| Other Specify - Trustee Fees | $ 325.00 | $ 325.00 |
| Other Specify | | |
| **TOTAL EXPENSES:** | $ 11,043.71 | $ 38,793.54 |
| **NET OPERATING PROFIT/(LOSS)** | $ (3,598.71) | $ (12,513.54) |
| Add: Non-Operating Income: | | |
| Interest Income | | |
| Other Income | $ - | |
| Less: Non-Operating Expenses: | | |
| Professional Fees | | |
| Other | $ - | |
| **NET INCOME/(LOSS)** | $ (3,598.71) | $ (12,513.54) |

Dated: 6/11/18

Responsible Officer of the Debtor in Possession

FORM 2

Wilson Land Properties, LLC
BALANCE SHEET
Period Ending: April 30, 2018

Case No: 18-10514

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | $ 18,594.31 | $ 11,672.18 | $ 148.07 |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | $ 4,544,610.00 | $ 4,544,610.00 | $ 4,544,610.00 |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | $ 4,563,204.31 | $ 4,556,282.18 | $ 4,544,758.07 |
| **LIABILITIES:** | | | |
| Postpetition Liabilities: | | | |
| Accounts Payable: | $ 301.37 | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | $ 30,658.41 | $ 20,438.94 | |
| Other: | | | |
| **TOTAL Postpetition Liab.** | $ 30,959.78 | $ 20,438.94 | |
| Secured Liabilities: | | | |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liab.** | | | |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | $ 1,816,875.97 | $ 1,816,875.97 | $ 1,816,875.97 |
| Unsecured Liabilities: | $ 110.83 | $ 110.83 | $ 110.83 |
| Other: | | | |
| **TOTAL Prepetition Liab.** | $ 1,816,986.80 | $ 1,816,986.80 | $ 1,816,986.80 |
| Equity: | | | |
| Owners Capital: | $ 2,737,942.67 | $ 2,737,942.67 | $ 2,737,942.67 |
| Retained Earnings-Pre Pet. | $ (10,171.40) | $ (10,171.40) | $ (10,171.40) |
| Retained Earnings-Post Pet. | $ (12,513.54) | $ (8,914.83) | |
| **TOTAL Equity:** | $ 2,715,257.73 | $ 2,718,856.44 | $ 2,727,771.27 |
| **TOTAL LIABILITIES AND EQUITY:** | $ 4,563,204.31 | $ 4,556,282.18 | $ 4,544,758.07 |

Dated: 6/11/18 *[signature]*

Responsible Officer of the Debtor in Possession

FORM 3

Wilson Land Properties, LLC
SUMMARY OF OPERATIONS
Period Ended: April 30, 2018

Case No: 18-10514

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | | | | |
| State: | | | | |
| Local: | | | | |
| FICA Withheld: | | | | |
| Employers FICA: | | | | |
| Unemployment Tax: | | | | |
| Federal: | | | | |
| State: | | | | |
| Sales, Use & Excise Taxes: | | | | |
| Property Taxes: | $ 20,438.94 | $ 10,219.47 | | $ 30,658.41 |
| Workers' Compensation | | | | |
| Other: | | | | |
| TOTALS: | $ 20,438.94 | $ 10,219.47 | | $ 30,658.41 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition | $ - | $ - | $ - |
| Accounts Payable | $ 301.37 | $ - | $ - |
| Accounts Receivable | $ - | $ - | $ - |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____

Dated: 6/11/18    [signature]
Responsible Officer of the Debtor in Possession

FORM 4

Wilson Land Properties, LLC
MONTHLY CASH STATEMENT
Period Ending: April 30, 2018

Cash Activity Analysis (Cash Basis Only):	Case No: 18-10514

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | $ 11,672.18 | | | | |
| B. Receipts (Attach separate schedule) | $ 7,445.00 | | | | |
| C. Balance Available (A + B) | $ 19,117.18 | | | | |
| D. Less Disbursements (Attach separate schedule) | $ 522.87 | | | | |
| E. ENDING BALANCE (C - D) | $ 18,594.31 | | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
1. Depository Name & Location  Erie Bank
2. Account Number  1306976797

**Payroll Account:**
1. Depository Name & Location
2. Account Number

**Tax Account:**
1. Depository Name & Location
2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

Date: 6/11/18

Responsible Officer of the Debtor in Possession

FORM 5

Wilson Land Properties, LLC
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: April 30, 2018

Case No: 18-10514

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

Name: Richard M. Osborne

Capacity:
- _____ Shareholder
- _____ Officer
- _____ Director
- XXXXXX Insider

Detailed Description of Duties: _____

| | | Weekly | or | Monthly |
|---|---|---|---|---|
| Current Compensation Paid: | None | | | |
| | | | | |
| Current Benefits Paid: | None | Weekly | or | Monthly |
| Health Insurance | | | | |
| Life Insurance | | | | |
| Retirement | | | | |
| Company Vehicle | | | | |
| Entertainment | | | | |
| Travel | | | | |
| Other Benefits | | | | |
| Total Benefits | | | | |
| Current Other Payments Paid: | | Weekly | or | Monthly |
| Rent Paid | None | | | |
| Loans | None | | | |
| Other (Describe) | None | | | |
| Other (Describe) | None | | | |
| Other (Describe) | None | | | |
| Total Other Payments | | 0 | | 0 |
| CURRENT TOTAL OF ALL PAYMENTS: | | Weekly | or | Monthly |
| | | 0 | | 0 |

Dated: 6/11/18

_____
Responsible Officer of the Debtor in Possession

FORM 6

Wilson Land Properties, LLC.

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _____ 30-Apr-18

Case No: __ 18-10514

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | No Employees | |
| General Business Policy | | |
| Residential & Commercial<br>Policy covers most commercial properties | Conifer Ins. Co. | 11/16/2018 |
| Residential & Commercial<br>15 policies covering residential | State Farm | 11/13/2018 |
| Residential & Commercial<br>Covers Tinman storage units | State Auto | 9/29/2018 |

Dated: 6/11/18

Responsible Officer of the Debtor in Possession

FORM 7



**ERIEBANK**
A division of CNB Bank

2035 Edinboro Road, Erie, PA, 16509
Return Service Requested

Phone number:
1-888-822-2990
Website:
www.ERIEBANK.bank

| Customer Statement | | Pg 1 of 3 |
|---|---|---|
| Account Number: | | 6797 |
| Statement Date: | Mar 31, 2018 thru Apr 30, 2018 | |

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Small Business Checking | 1306976797 | $19,075.00 |

WILSON LAND PROPERTIES LLC
PO BOX 1020
MENTOR OH 44061-1020

### Small Business Checking - 6797

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $11,774.38 |
| Apr 30 | Total Deposits | | 7,445.00 | |
| Apr 30 | Total Withdrawals | 144.38 | | |
| | ENDING BALANCE | | | $19,075.00 |

WILSON LAND PROPERTIES, LLC
DEBTOR IN POSSESSION, CASE #18-10514

### Deposits and Credits

| Date | Transaction Description | Amount |
|---|---|---|
| Apr 02 | Deposit | 450.00 |
| Apr 03 | Deposit | 350.00 |
| Apr 03 | Deposit | 1,050.00 |
| Apr 05 | Deposit | 1,100.00 |
| Apr 09 | Deposit | 750.00 |
| Apr 10 | Deposit | 800.00 |
| Apr 13 | Deposit | 800.00 |
| Apr 16 | Deposit | 550.00 |
| Apr 17 | Deposit | 345.00 |
| Apr 20 | Deposit | 800.00 |
| Apr 24 | Deposit | 450.00 |

Effective July 1, 2018, ERIEBANK will adopt a new, simplified fee structure. This fee schedule is enclosed for your review.

Also, effective July 1, 2018, the monthly service charge for personal savings accounts not maintaining a minimum balance of $100; and business savings accounts not maintaining a minimum balance of $1,000 will be $5.

The entire fee schedule is attached as the last page of your statement, or you can find it online at www.ERRIEBANK.bank/feeschedule2018.

Member FDIC

02UBYA_BK_266CN0001_M044

INOPE.D.N.266CN0001.961303710.9375_37/007305/022751



Customer Statement    Pg 3 of 3

Account Number: 1 76797
Statement Date: Mar 31, 2018 thru Apr 30, 2018

## Check Summary

| Check No | Date | Amount | Check No | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1015 | Apr 05 | 3.60 | 1018* | Apr 16 | 13.33 | 1019 | Apr 16 | 28.85 |
| 1016 | Apr 03 | 98.60 | | | | | | |

Number of Checks: 4    * Indicates a skip in sequence    e Indicates an electronic check

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Apr 02 | 12,224.38 | Apr 09 | 15,372.18 | Apr 16 | 17,480.00 | Apr 20 | 18,625.00 |
| Apr 03 | 13,525.78 | Apr 10 | 16,172.18 | Apr 17 | 17,825.00 | Apr 24 | 19,075.00 |
| Apr 05 | 14,622.18 | Apr 13 | 16,972.18 | | | | |

## Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Mar 31, 2018 | 11,774.38 | 7,445.00 | 0.00 | 144.38 | 0.00 | 19,075.00 |

2u6CNP0000

INOPE.D.N.266CN0001.961303710.9375_37/007305/022752

18-10514-aih    Doc 39    FILED 06/12/18    ENTERED 06/12/18 11:23:14    Page 9 of 10

# Wilson Land Properties LLC
## Account Reconciliation
## As of Apr 30, 2018
## 1001 - Cash - Erie Bank - DIP
## Bank Statement Date: April 30, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 11,672.18 |
| Add: Cash Receipts | | | | 7,445.00 |
| Less: Cash Disbursements | | | | (522.87) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 18,594.31 |
| Ending Bank Balance | | | | 19,075.00 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Apr 30, 2018 | 1020 | (3.82) | |
| | Apr 30, 2018 | 1021 | (12.72) | |
| | Apr 30, 2018 | 1022 | (139.15) | |
| | Apr 30, 2018 | 1023 | (325.00) | |
| Total outstanding checks | | | | (480.69) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 18,594.31 |