GEF:car
6/25/18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-10514 |
| | ) | |
| WILSON LAND PROPERTIES, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Arthur Harris |

### NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL ESTATE

___

WILSON LAND PROPERTIES, LLC, Debtor herein, has filed papers with the Court to sell real estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant Debtor's motion, or if you want the Court to consider your views on Debtor's motion, then you or your attorney should If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before July 17, 2018, you or your attorney must:

1. File a written response, explaining your position, at

    Clerk of Court - U.S. Bankruptcy Court
    Howard M. Metzenbaum US Courthouse
    201 Superior Avenue
    Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:

GLENN E. FORBES, ESQ
FORBES LAW LLC
166 Main Street
Painesville, Ohio 44077

U.S. Trustee's Office
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH 44114

     3.     Attend the hearing scheduled to be held on **July 24, 2018 at 11:00 a.m.** in the U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, Courtroom 1A, 201 Superior Avenue, Cleveland, Ohio. If you or your attorney do not take these steps, the Court may decide that you do not oppose Debtor's motion and may enter an Order granting Debtor's motion without a hearing.

                      Respectfully submitted,

                      /s/ Glenn E. Forbes, Esq.
                      Glenn E. Forbes, Esq. (0005513)
                      FORBES LAW LLC
                      *Main Street Law Building*
                      166 Main Street
                      Painesville, OH 44077
                      Voice: (440) 357-6211 ext. 128
                      Fax: (440) 357-1634
                      eFax: 1-888-807-6985
                      gforbes@geflaw.net
                      bankruptcy@geflaw.net

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 26, 2018, a true and correct copy of the Notice of Hearing on Motion to Sell Real Estate was served:

     Via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List via email: via fax and email

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Scott D. Fink on behalf of Creditor Eriebank, A Division of CNB Bank, ecfndoh@weltman.com

Glenn E. Forbes on behalf of Debtor Wilson Land Properties, LLC  bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania, mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank, timothy.palmer@bipc.com, donna.curcio@bipc.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company, msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania, nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC, atomko@sandhu-law.com, bk1notice@sandhu-law.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A., mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee, maria.d.giannirakis@usdoj.gov


/s/Glenn E. Forbes_____
Glenn E. Forbes, Esq. (0005513)
FORBES LAW LLC
Attorney for Debtor