TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: June 30, 2018

IN RE: Wilson Land Properties, LLC

CASE NO.: 18-10514
Chapter 11
Judge: Arthur I. Harris

Debtor

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)  **YES XXXX   NO_____**

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current. (If not, attach a written explanation)  **YES_____   NO_____**

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)  **YES XXXX   NO_____**

5. All United States Trustee Quarterly fees have been paid and are current.  **YES XXXX   NO_____**

6. Have you filed your prepetition tax returns. (If not, attach a written explanation)  **YES_____   NO_____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated: 7/19/18

Responsible Officer of the Debtor in Possession

Managing Member    216-215-1313
Title              Phone

FORM 1

Wilson Land Properties, LLC
OPERATING STATEMENT (P&L)
Period Ending: June 30, 2018

Case No: 18-10514

|  | Current Month June '18 | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $ 4,820.00 | $ 37,195.00 |
| Cost of Sales |  |  |
| **GROSS PROFIT** | $ 4,820.00 | $ 37,195.00 |
| **EXPENSES:** |  |  |
| Officer Compensation |  |  |
| Salary Expenses other Employees |  |  |
| Employee Benefits & Pensions |  |  |
| Payroll Taxes |  |  |
| Other Taxes | $ 10,219.47 | $ 51,097.35 |
| Rent and Lease Expense |  |  |
| Interest Expense |  |  |
| Insurance |  | $ (520.29) |
| Automobile and Truck Expense |  |  |
| Utilities (gas, electric, phone) | $ 248.62 | $ 1,458.10 |
| Depreciation |  |  |
| Travel and Entertainment |  |  |
| Repairs and Maintenance | $ 1,100.00 | $ 7,088.17 |
| Advertising |  |  |
| Supplies, Office Expense, etc. |  | $ 896.04 |
| Other Specify - U.S. Trustee Fees |  | $ 325.00 |
| Other Specify |  |  |
| **TOTAL EXPENSES:** | $ 11,568.09 | $ 60,344.37 |
| **NET OPERATING PROFIT/(LOSS)** | $ (6,748.09) | $ (23,149.37) |
| Add: Non-Operating Income: |  |  |
|    Interest Income |  |  |
|    Other Income |  |  |
| Less: Non-Operating Expenses: |  |  |
|    Professional Fees |  |  |
|    Other |  |  |
| **NET INCOME/(LOSS)** | $ (6,748.09) | $ (23,149.37) |

Dated: 7/19/18

Responsible Officer of the Debtor in Possession

FORM 2

Wilson Land Properties, LLC
BALANCE SHEET
Period Ending: June 30, 2018

Case No: 18-10514

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | $ 278,965.19 | $ 24,660.72 | $ 148.07 |
| Inventory: | $ 345.00 | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | $ 4,544,610.00 | $ 4,544,610.00 | $ 4,544,610.00 |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | $ 4,572,820.19 | $ 4,569,270.72 | $ 4,544,758.07 |
| **LIABILITIES:** | | | |
| Postpetition Liabilities: | | | |
| Accounts Payable: | $ 123.59 | $ 36.05 | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | $ 51,097.35 | $ 40,877.88 | |
| Other: | | | |
| **TOTAL Postpetition Liab.** | $ 51,220.94 | $ 40,913.93 | |
| Secured Liabilities: | | | |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liab.** | | | |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | $ 1,816,875.97 | $ 1,816,875.97 | $ 1,816,875.97 |
| Unsecured Liabilities: | $ 110.83 | $ 110.83 | $ 110.83 |
| Other: | | | |
| **TOTAL Prepetition Liab.** | $ 1,816,986.80 | $ 1,816,986.80 | $ 1,816,986.80 |
| Equity: | | | |
| Owners Capital: | $ 2,737,942.67 | $ 2,737,942.67 | $ 2,737,942.67 |
| Retained Earnings-Pre Pet. | $ (10,171.40) | $ (10,171.40) | $ (10,171.40) |
| Retained Earnings-Post Pet. | $ 23,158.82 | $ (16,401.28) | |
| **TOTAL Equity:** | $ 2,704,612.45 | $ 2,711,369.99 | $ 2,727,771.27 |
| **TOTAL LIABILITIES AND EQUITY:** | $ 4,572,820.19 | $ 4,569,270.72 | $ 4,544,758.07 |

Dated: 7/19/18

Responsible Officer of the Debtor in Possession

Wilson Land Properties, LLC
SUMMARY OF OPERATIONS
Period Ended: June 30, 2018

Case No: 18-10514

### Schedule of Postpetition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | | | | |
| State: | | | | |
| Local: | | | | |
| **FICA Withheld:** | | | | |
| **Employers FICA:** | | | | |
| **Unemployment Tax:** | | | | |
| Federal: | | | | |
| State: | | | | |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | $ 40,877.88 | $ 10,219.47 | | $ 51,097.35 |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | $ 40,877.88 | $ 10,219.47 | | $ 51,097.35 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | $ 123.59 | | |
| Accounts Receivable | $ 345.00 | | |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Dated: 7/19/18

*[signature]*
Responsible Officer of the Debtor in Possession

FORM 4

Wilson Land Properties, LLC
MONTHLY CASH STATEMENT
Period Ending: June 30, 2018

Cash Activity Analysis (Cash Basis Only): Case No: 18-10514

| | | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ 24,660.72 | | | | |
| B. | Receipts (Attach separate schedule) | $ 4,475.00 | | | | |
| C. | Balance Available (A + B) | $ 29,135.72 | | | | |
| D. | Less Disbursements (Attach separate schedule) | $ 1,270.53 | | | | |
| E. | ENDING BALANCE (C - D) | $ 27,865.19 | | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
1. Depository Name & Location: Huntington
2. Account Number: 1662878530

**Payroll Account:**
1. Depository Name & Location:
2. Account Number:

**Tax Account:**
1. Depository Name & Location:
2. Account Number:

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

Dated: 7/19/18

_____
Responsible Officer of the Debtor in Possession

FORM 5

Wilson Land Properties, LLC
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: June 30, 2018

Case No: __18-10514__

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

Name: Richard M. Osborne

Capacity:
- _____ Shareholder
- _____ Officer
- _____ Director
- XXXXXX Insider

Detailed Description of Duties: _____

| | | Weekly | or | Monthly |
|---|---|---|---|---|
| **Current Compensation Paid:** | None | | | |
| | | | | |
| **Current Benefits Paid:** | None | Weekly | or | Monthly |
| Health Insurance | | | | |
| Life Insurance | | | | |
| Retirement | | | | |
| Company Vehicle | | | | |
| Entertainment | | | | |
| Travel | | | | |
| Other Benefits | | | | |
| Total Benefits | None | | | |
| **Current Other Payments Paid:** | None | Weekly | or | Monthly |
| Rent Paid | | | | |
| Loans | | | | |
| Other (Describe) | | | | |
| Other (Describe) | | | | |
| Other (Describe) | | | | |
| Total Other Payments | None | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | | Weekly | or | Monthly |
| | | 0 | | 0 |

Dated: 7/19/18

_[signature]_
Responsible Officer of the Debtor in Possession

FORM 6

Wilson Land Properties, LLC.

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _____ 30-Jun-18

Case No: __ 18-10514

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | No Employees | |
| General Business Policy | | |
| Residential & Commercial<br>Policy covers most commercial properties | Conifer Ins. Co. | 11/16/2018 |
| Residential & Commercial<br>15 policies covering residential | State Farm | 11/13/2018 |
| Residential & Commercial<br>Covers Tinman storage units | State Auto | 9/29/2018 |

Dated: 7/19/18

_____
Responsible Officer of the Debtor in Possession

FORM 7

**Wilson Land Properties LLC**
**Cash Receipts Register**
**For June 2018**
**Huntington Bank**

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt |
|---|---|---|---|---|---|
| 6/1/18 | 5029 | Receipt | Aquilla 9010tyler #H | | 450.00 |
| 6/5/18 | cash6518 | Receipt | Mcdougall 8724 munso | | 500.00 |
| 6/5/18 | cash6518-2 | Receipt | Manny 523 mentorave | | 450.00 |
| 6/6/18 | 6618 | Receipt | meikenna 523 front | | 400.00 |
| 6/7/18 | 6718 | Receipt | Vilcheck 7347reynold | | 350.00 |
| 6/12/18 | 4120 | Receipt | SDM 9010tylerJ&m | | 125.00 |
| 6/15/18 | 412 | Receipt | Trick 7357 reynolds | | 900.00 |
| 6/20/18 | 2008 | Receipt | Cook 523 mentor ave | | 550.00 |
| 6/20/18 | 3989 | Receipt | Feldkamp 7347 Reyn | | 450.00 |
| 6/25/18 | cash62518 | Receipt | Bahr 7347 Reynolds c | | 300.00 |
| | | Total | | | 4,475.00 |

# Wilson Land Properties LLC
## Cash Disbursements Register
### For June 2018
### Huntington Bank

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---|
| 6/6/18 | 1003 | Payment | Illuminating | Utiliities | 17.15 |
| 6/6/18 | 1004 | Payment | orwell natural | Utiliities | 9.45 |
| 6/6/18 | 1005 | Payment | orwell natural | Utiliities | 9.45 |
| 6/11/18 | 1006 | Payment | Lake County Dept | Utiliities | 77.49 |
| 6/15/18 | 1007 | Payment | Ray's Mowing Service | Grass cutting | 1,100.00 |
| 6/19/18 | 1011 | Payment | orwell natural | Utiliities | 9.45 |
| 6/25/18 | 1012 | Payment | Aqua | Utiliities | 34.04 |
| 6/25/18 | 1013 | Payment | city Of Painesville | Utiliities | 7.38 |
| 6/25/18 | 1014 | Payment | city Of Painesville | Utiliities | 6.12 |
| | | Total | | | 1,270.53 |

**Wilson Land Properties LLC**
**Account Reconciliation**
**As of Jun 30, 2018**
**1002 - Cash - Huntington - DIP**
**Bank Statement Date: June 30, 2018**

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 24,660.72 |
| Add: Cash Receipts | | | | 4,475.00 |
| Less: Cash Disbursements | | | | (1,270.53) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 27,865.19 |
| Ending Bank Balance | | | | 27,912.73 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Jun 25, 2018 | 1012 | (34.04) | |
| | Jun 25, 2018 | 1013 | (7.38) | |
| | Jun 25, 2018 | 1014 | (6.12) | |
| Total outstanding checks | | | | (47.54) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 27,865.19 |

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $27,899.23 | Nickname | FastTrack Business Checking | |
| Pending Transactions | $0.00 | Type | FastTrack Business Checking | |
| Deposit Holds | $0.00 | Routing Number | | 041000153 |
| **Account Balance** | **$27,899.23** | Account Number | *******8530 | Show |
| | | Overdraft Protection (ODP) | | None |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $0.00 | Year To Date Interest | $0.00 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From 06/01/2018    To 06/30/2018    View a Report >>>

Download

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/2018 | 1011 | Check | SUBSTITUTE CHECK | | -$9.45 | | $27,912.73 |
| 06/25/2018 | 0 | Deposit | DEPOSIT | | | $300.00 | $27,922.18 |
| 06/20/2018 | 0 | Deposit | DEPOSIT | | | $1,000.00 | $27,622.18 |
| 06/18/2018 | 1006 | Check | SUBSTITUTE CHECK | | -$??.?? | | $26,622.18 |
| 06/18/2018 | 1007 | Check | SUBSTITUTE CHECK | | -$1,???.?? | | $26,699.67 |
| 06/15/2018 | 1004 | Check | SUBSTITUTE CHECK | | -$?.?? | | $27,799.67 |
| 06/15/2018 | 1005 | Check | SUBSTITUTE CHECK | | -$??.?? | | $27,809.12 |
| 06/15/2018 | 0 | Deposit | DEPOSIT | | | $900.00 | $27,818.57 |
| 06/13/2018 | 1003 | Check | SUBSTITUTE CHECK | | -$17.?? | | $26,918.57 |
| 06/12/2018 | 1001 | Check | SUBSTITUTE CHECK | | -$?.75 | | $26,935.72 |
| 06/12/2018 | 1000 | Check | SUBSTITUTE CHECK | | -$?.?? | | $26,929.47 |
| 06/12/2018 | 0 | Deposit | DEPOSIT | | | $125.00 | $26,947.28 |
| 06/07/2018 | 0 | Deposit | DEPOSIT | | | $350.00 | $26,822.28 |
| 06/06/2018 | 1002 | Check | SUBSTITUTE CHECK | | -$???.?? | | $26,472.28 |
| 06/06/2018 | 0 | Deposit | DEPOSIT | | | $400.00 | $26,602.06 |
| 06/05/2018 | 0 | Deposit | DEPOSIT | | | $950.00 | $26,202.06 |
| 06/01/2018 | 0 | Deposit | DEPOSIT | | | $450.00 | $25,252.06 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.