The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 15, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 15, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10514 |
| | ) | |
| WILSON LAND PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor. | ) | |

# ORDER

The order to appear and show cause for failure to file a Chapter 11 plan and disclosure statement filed on August 1, 2018 (Docket No. 45), is vacated as entered in error.

IT IS SO ORDERED.