TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: July 31, 2018

IN RE: Wilson Land Properties, LLC

CASE NO.: 18-10514
Chapter 11
Judge: Arthur I. Harris

_____
Debtor

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)    YES  XXX    NO_____

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)    YES_____    NO_____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(If not, attach a written explanation)    YES  XXX    NO_____

5. All United States Trustee Quarterly fees have been paid and are current.
YES  XXX    NO_____

6. Have you filed your prepetition tax returns.
(If not, attach a written explanation)    YES_____    NO_____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated:  8/20/18

_____
Responsible Officer of the Debtor in Possession

Managing Member
Title

216-215-1313
Phone

FORM 1

Wilson Land Properties, LLC
OPERATING STATEMENT (P&L)
Period Ending: July 31, 2018

Case No: 18-10514

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $ 11,145.00 | $ 48,340.00 |
| Cost of Sales |  |  |
| **GROSS PROFIT** | $ 11,145.00 | $ 48,340.00 |
| **EXPENSES:** |  |  |
| Officer Compensation |  |  |
| Salary Expenses other Employees |  |  |
| Employee Benefits & Pensions |  |  |
| Payroll Taxes |  |  |
| Other Taxes | $ 10,219.47 | $ 61,316.82 |
| Rent and Lease Expense |  |  |
| Interest Expense |  |  |
| Insurance | $ 2,163.00 | $ 1,642.71 |
| Automobile and Truck Expense |  |  |
| Utilities (gas, electric, phone) | $ 639.70 | $ 2,097.80 |
| Depreciation |  |  |
| Travel and Entertainment |  |  |
| Repairs and Maintenance | $ 9,489.04 | $ 16,577.21 |
| Advertising |  |  |
| Supplies, Office Expense, etc. |  | $ 896.04 |
| Other Specify U S Trustee Fees | $ 325.00 | $ 650.00 |
| Other Specify |  |  |
| **TOTAL EXPENSES:** | $ 22,836.21 | $ 83,180.58 |
| **NET OPERATING PROFIT/(LOSS)** | $ (11,691.21) | $ (34,840.58) |

Add: Non-Operating Income:
　　Interest Income
　　Other Income

Less: Non-Operating Expenses:
　　Professional Fees
　　Other

**NET INCOME/(LOSS)**　　$ (11,691.21)　　$ (34,840.58)

Dated: 8/20/18

Responsible Officer of the Debtor in Possession

FORM 2

## Wilson Land Properties, LLC
## BALANCE SHEET
## Period Ending:

Case No: 18-10514

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | $ 26,987.55 | $ 27,865.19 | $ 148.07 |
| Inventory: | | | |
| Accounts Receivables: | | $ 345.00 | |
| Insider Receivables | | | |
| Land and Buildings: | $ 4,544,610.00 | $ 4,544,610.00 | $ 4,544,610.00 |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | **$ 4,571,597.55** | **$ 4,572,820.19** | **$ 4,544,758.07** |
| LIABILITIES: | | | |
| Postpetition Liabilities: | | | |
| Accounts Payable: | $ 372.69 | $ 123.59 | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | $ 61,316.82 | $ 51,097.35 | |
| Other: | | | |
| **TOTAL Postpetition Liab.** | **$ 61,689.51** | **$ 51,220.94** | |
| Secured Liabilities: | | | |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liab.** | | | |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | $ 1,816,875.97 | $ 1,816,875.97 | $ 1,816,875.97 |
| Unsecured Liabilities: | $ 110.83 | $ 110.83 | $ 110.83 |
| Other: | | | |
| **TOTAL Prepetition Liab.** | | **$ 1,816,986.80** | **$ 1,816,986.80** |
| Equity: | | | |
| Owners Capital: | $ 2,737,942.67 | $ 2,737,942.67 | $ 2,737,942.67 |
| Retained Earnings-Pre Pet. | $ (10,171.40) | $ (10,171.40) | $ (10,171.40) |
| Retained Earnings-Post Pet. | $ (34,850.03) | $ (23,158.82) | |
| **TOTAL Equity:** | **$ 2,692,921.24** | **$ 2,704,612.45** | **$ 2,727,771.27** |
| **TOTAL LIABILITIES AND EQUITY:** | **$ 4,571,597.55** | **$ 4,572,820.19** | **$ 4,544,758.07** |

Dated: 8/20/18　　 _[signature]_
Responsible Officer of the Debtor in Possession

FORM 3

Wilson Land Properties, LLC
SUMMARY OF OPERATIONS
Period Ended: July 31, 2018

Case No: 18-10514

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | | | | |
| State: | | | | |
| Local: | | | | |
| FICA Withheld: | | | | |
| Employers FICA: | | | | |
| Unemployment Tax: | | | | |
| Federal: | | | | |
| State: | | | | |
| Sales, Use & Excise Taxes: | | | | |
| Property Taxes: | $ 51,097.35 | $ 10,219.47 | | $ 61,316.82 |
| Workers' Compensation | | | | |
| Other: | | | | |
| TOTALS: | | | | |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable | $ 372.69 | | |
| Accounts Receivable | $ - | | |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Dated: 8/20/18        _____
                     Responsible Officer of the Debtor in Possession

FORM 4

Wilson Land Properties, LLC
MONTHLY CASH STATEMENT
Period Ending: July 31, 2018

Cash Activity Analysis (Cash Basis Only):  Case No: 18-10514

|   | | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ 27,865.19 | | | | |
| B. | Receipts (Attach separate schedule) | $ 11,940.00 | | | | |
| C. | Balance Available (A + B) | $ 39,805.19 | | | | |
| D. | Less Disbursements (Attach separate schedule) | $ 12,817.64 | | | | |
| E. | ENDING BALANCE (C - D) | $ 26,987.55 | | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
   1. Depository Name & Location   Huntinton Bank
   2. Account Number   1662878530

Payroll Account:
   1. Depository Name & Location
   2. Account Number

Tax Account:
   1. Depository Name & Location
   2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

Date: 8/20/18  [signature]
Responsible Officer of the Debtor in Possession

FORM 5

Wilson Land Properties, LLC
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: July 31, 2018

Case No: 18-10514

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. Attach additional pages if necessary.

Name: Richard M. Osborne

Capacity:
_____ Shareholder
_____ Officer
_____ Director
XXXXXX Insider

Detailed Description of Duties: _____

| | | | | |
|---|---|---|---|---|
| Current Compensation Paid: | None | Weekly | or | Monthly |

| | | | | |
|---|---|---|---|---|
| Current Benefits Paid: | None | Weekly | or | Monthly |
| Health Insurance | | | | |
| Life Insurance | | | | |
| Retirement | | | | |
| Company Vehicle | | | | |
| Entertainment | | | | |
| Travel | | | | |
| Other Benefits | | | | |
| Total Benefits | None | | | |

| | | | | |
|---|---|---|---|---|
| Current Other Payments Paid: | None | Weekly | or | Monthly |
| Rent Paid | | | | |
| Loans | | | | |
| Other (Describe) | | | | |
| Other (Describe) | | | | |
| Other (Describe) | | | | |
| Total Other Payments | None | | | |

CURRENT TOTAL OF ALL PAYMENTS:    Weekly  0   or   Monthly  0

Dated: 8/20/18

Responsible Officer of the Debtor in Possession

FORM 6

Wilson Land Properties, LLC.

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending   31-Jul-18

Case No: 18-10514

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | No Employees | |
| General Business Policy | | |
| Residential & Commercial<br>Policy covers most commercial properties | Conifer Ins. Co. | 11/16/2018 |
| Residential & Commercial<br>15 policies covering residential | State Farm | 11/13/2018 |
| Residential & Commercial<br>Covers Tinman storage units | State Auto | 9/29/2018 |

Dated: 8/20/18

Responsible Officer of the Debtor in Possession

FORM 7

Page: 1

# Wilson Land Properties LLC
## Account Reconciliation
### As of Jul 31, 2018
### 1002 - Cash - Huntington - DIP
### Bank Statement Date: July 31, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 27,865.19 |
| Add: Cash Receipts | | | | 11,940.00 |
| Less: Cash Disbursements | | | | (12,817.64) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 26,987.55 |
| Ending Bank Balance | | | | 29,792.47 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Jul 27, 2018 | 1021 | (450.00) | |
| | Jul 30, 2018 | 1023 | (1,500.00) | |
| | Jul 23, 2018 | 1029 | (64.39) | |
| | Jul 31, 2018 | 1032 | (105.08) | |
| | Jul 31, 2018 | 1033 | (9.45) | |
| | Jul 31, 2018 | 1034 | (676.00) | |
| Total outstanding checks | | | | (2,804.92) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 26,987.55 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



WILSON LAND PROPERTIES, LLC DIP
8500 STATION ST STE 113
MENTOR OH 44060-4963

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking     Account: '8530

| Statement Activity From: 07/01/18 to 07/31/18 | | Beginning Balance | $27,912.73 |
|---|---|---|---|
| | | Credits (+) | 11,940.00 |
| | |   Regular Deposits | 11,940.00 |
| Days in Statement Period | 31 | Debits (-) | 10,060.26 |
| | |   Regular Checks Paid | 10,060.26 |
| Average Ledger Balance* | 33,815.63 | Total Service Charges (-) | 0.00 |
| Average Collected Balance* | 33,565.95 | Ending Balance | $29,792.47 |

\* The above balances correspond to the service charge cycle for this account.

### Deposits (+)     Account: 0 '8530

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 07/03 | 1,550.00 | | Brch/ATM | 07/16 | 800.00 | | Brch/ATM |
| 07/09 | 5,000.00 | | Brch/ATM | 07/18 | 450.00 | | Brch/ATM |
| 07/09 | 550.00 | | Brch/ATM | 07/20 | 450.00 | | Brch/ATM |
| 07/10 | 690.00 | | Brch/ATM | 07/27 | 850.00 | | Brch/ATM |
| 07/10 | 350.00 | | Brch/ATM | 07/27 | 450.00 | | Brch/ATM |
| 07/13 | 800.00 | | Brch/ATM | | | | |

### Checks (-)     Account: 0 8530

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 07/09 | 1,500.00 | 1009 | 07/13 | 17.21 | 1018 |
| 07/05 | 34.04 | 1012* | 07/19 | 88.09 | 1019 |
| 07/02 | 7.38 | 1013 | 07/26 | 1,487.00 | 1020 |
| 07/02 | 6.12 | 1014 | 07/31 | 6,400.00 | 1022* |
| 07/12 | 57.00 | 1015 | 07/23 | 325.00 | 1027* |
| 07/13 | 39.79 | 1016 | 07/20 | 89.04 | 1028 |
| 07/13 | 9.59 | 1017 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦿ and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2018 Huntington Bancshares Incorporated.



## Service Charge Summary

Account: 01_ _8530

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity

Account: '8530

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 27,912.73 | 07/12 | 34,448.19 | 07/23 | 36,379.47 |
| 07/02 | 27,899.23 | 07/13 | 35,181.60 | 07/26 | 34,892.47 |
| 07/03 | 29,449.23 | 07/16 | 35,981.60 | 07/27 | 36,192.47 |
| 07/05 | 29,415.19 | 07/18 | 36,431.60 | 07/31 | 29,792.47 |
| 07/09 | 33,465.19 | 07/19 | 36,343.51 | | |
| 07/10 | 34,505.19 | 07/20 | 36,704.47 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
 2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
 3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**Wilson Land Properties LLC**
**Cash Receipts Register**
**For July 2018**
**Huntington DIP Account**

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt |
|---|---|---|---|---|---|
| 7/3/18 | 7-3-2018 | Receipt | Mcdougall 8724 munso | Rent | 1,550.00 |
| 7/9/18 | 2012 | Receipt | Cook 523 mentor ave | Rent | 550.00 |
| 7/9/18 | cash7/9/18 | Receipt | Divito 9010 ty # H | Rent | 5,000.00 |
| 7/10/18 | 1339420 | Receipt | houk 9010 tyler U | Rent | 690.00 |
| 7/10/18 | cash71018 | Receipt | Vilcheck 7347reynold | Rent | 350.00 |
| 7/13/18 | 0150187807 | Receipt | Hayward 9010tyler #R | Rent | 450.00 |
| 7/13/18 | 5203 | Receipt | SDM 9010tylerJ&m | Rent | 350.00 |
| 7/16/18 | 17784261230 | Receipt | meikenna 523 front | Rent | 400.00 |
| 7/16/18 | cash71618 | Receipt | Bahr 7347 Reynolds c | Rent | 400.00 |
| 7/18/18 | cash71818 | Receipt | Jeter 523 mentorave | Rent | 450.00 |
| 7/20/18 | 488 | Receipt | sapatka 9010 tylerS | Rent | 450.00 |
| 7/27/18 | 4038 | Receipt | Feldkamp 7347 Reyn | Rent | 450.00 |
| 7/27/18 | 414 | Receipt | Trick 7357 reynolds | Rent | 850.00 |
| | | Total | | | 11,940.00 |

## Wilson Land Properties LLC
## Cash Disbursements Register
### For July 2018
### Huntington DIP

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---|
| 7/5/18 | 1009 | Payment | Ray's Mowing Service | maintenance | 1,500.00 |
| 7/6/18 | 1015 | Payment | Illuminating | Utilities | 57.00 |
| 7/6/18 | 1016 | Payment | orwell natural | Utilities | 39.79 |
| 7/6/18 | 1017 | Payment | orwell natural | Utilities | 9.59 |
| 7/6/18 | 1018 | Payment | orwell natural | Utilities | 17.21 |
| 7/9/18 | 1019 | Payment | Aqua | Utilities | 88.09 |
| 7/16/18 | 1027 | Payment | U.S. Trustee | 2nd Qtr Fees | 325.00 |
| 7/16/18 | 1028 | Payment | G & L | Repair lock | 89.04 |
| 7/23/18 | 1029 | Payment | Aqua | Utilities | 64.39 |
| 7/25/18 | 1020 | Payment | state Farm | Insurance | 1,487.00 |
| 7/27/18 | 1021 | Payment | Aquila | security deposit refund #H | 450.00 |
| 7/30/18 | 1022 | Payment | RVK | replace fHVAC system | 6,400.00 |
| 7/30/18 | 1023 | Payment | Ray's Mowing Service | maintenance | 1,500.00 |
| 7/31/18 | 1032 | Payment | Illuminating | Utilities | 105.08 |
| 7/31/18 | 1033 | Payment | orwell natural | Utilities | 9.45 |
| 7/31/18 | 1034 | Payment | state Farm | Insurance | 676.00 |
| | | Total | | | 12,817.64 |