GEF/hh
10.5.18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-10514 |
| | ) | |
| WILSON LAND PROPERTIES, LLC | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **RESPONSE TO MOTION OF THE** |
| | ) | **HUNTINGTON NATIONAL BANK** |
| | ) | **FOR RELIEF FROM STAY AND** |
| | ) | **ABANDONMENT** |

Now comes the Debtor and responds to Huntington's Motion for Relief from Stay by stating that Debtor has procured a contract on this property, a Motion to Sell has been filed with this Court, and that going forward with the Debtor's proposed sale is a more efficient way of handling Huntington's lien on the property, rather than going through a Relief from Stay Motion.

Respectfully submitted,

*/s/ Glenn E Forbes*
Glenn E. Forbes, Esq. (0005513)
FORBES LAW LLC
*Main Street Law Building*
166 Main Street
Painesville, OH 44077
Voice: (440) 357-6211
Fax: (440) 357-1634
eFax: 1-888-807-6985
gforbes@geflaw.net
bankruptcy@geflaw.net

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, a true and correct copy of the within Response to Motion of the Huntington National Bank for Relief from Stay and Abandonment was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania gamend@bdblaw.com, grichards@bdblaw.com

Scott D. Fink on behalf of Creditor Eriebank, A Division of CNB Bank, ecfndoh@weltman.com

Glenn E. Forbes on behalf of Debtor Wilson Land Properties, LLC  bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania, mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank, timothy.palmer@bipc.com, donna.curcio@bipc.com, kelly.neal@bipc.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company, msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania, nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC, atomko@sandhu-law.com, bk1notice@sandhu-law.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A., mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee, maria.d.giannirakis@usdoj.gov

Austin B Barnes, III on behalf of Creditor Tax Ease Ohio, LLC, abarnes@sandhu-law.com, bk1notice@sandhu-law.com

*/s/ Glenn E Forbes*
Glenn E. Forbes, Esq. (0005513)
FORBES LAW LLC