UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-10514 (AIH) |
| | ) | |
| WILSON LAND PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |

### LIMITED RESPONSE OF CHICAGO TITLE INSURANCE COMPANY TO MOTION OF THE HUNTINGTON NATIONAL BANK FOR RELIEF FROM STAY AND ABANDONMENT

Now comes Chicago Title Insurance Company ("Chicago Title"), through the undersigned counsel, and files this limited response to the Motion of The Huntington National Bank ("Huntington") for Relief From Stay and Abandonment (Docket No. 56), with respect to real property located at 7321 Markell, Waite Hill, Ohio 44094 (the "Real Property").

Chicago Title does not oppose the entry of an order in this Court granting relief from stay and abandonment with respect to the Real Property. Chicago Title provides this Limited Response for the purpose of stating that (1) it has a lien with respect to the Real Property, and (2) there are disputes with respect to the order of priority between Chicago Title and Huntington as relates to the Real Property. The priority issues arise from the execution of Huntington's mortgage documents, and may impact any determination as to the order of priority of the respective liens. There should be no finding or determination, as part of a stay relief and abandonment order, as to the priority of Huntington's mortgage liens as relates to other secured/lien creditors, including Chicago Title.

Accordingly, Chicago Title consents to the entry of an order granting Huntington's Motion, but requests that there be no finding as to the priority of Huntington's lien, as relates to other creditors.

Respectfully submitted,

| KOEHLER FITZGERALD LLC | SIKORA LAW LLC |
|---|---|
| /s/ Robert D. Barr | /s/ Michael J. Sikora III |
| Robert D. Barr (0067121) | Michael J. Sikora III (0069512) |
| 1111 Superior Avenue East, Suite 2500 | George H. Carr (0069372) |
| Cleveland, Ohio 44114 | 737 Bolivar Road, Suite 270 |
| (216) 744-2739 (telephone) | Cleveland, Ohio 44115 |
| (216) 916-4369 (facsimile) | (440) 266-7777 (telephone) |
| rbarr@koehlerlaw.com | (440) 266-7778 (facsimile) |
| Co-counsel for Chicago Title Insurance Company | msikora@sikoralaw.com |
| | gcarr@sikoralaw.com |
| | Co-counsel for Chicago Title Insurance Company |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2018, a copy of the foregoing *Limited Response of Chicago Title Insurance Company to Motion of The Huntington National Bank for Relief From Stay and Abandonment* was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Kelly M. Neal and Timothy P. Palmer, on behalf of The Huntington National Bank, at timothy.palmer@bipc.com and kelly.neal@bipc.com

Dennis J. Kaselak, on behalf of Diane M. Osborne, at dkaselak@peteribold.com

Adam S. Baker, on behalf of Michael E. Osborne, Sr., at abakerlaw@sbcglobal.net

Robert D. Barr, Attorney for Chicago Title Insurance Company, at rbarr@koehler.law

Michael J. Sikora, III, Attorney for Chicago Title Insurance Company, at msikora@sikoralaw.com

Michael S. Tucker, Attorney for Citizens Bank, N.A., at mtucker@ulmer.com

Christopher J. Klym, Attorney for Ohio Department of Taxation, at bk@hhkwlaw.com

Matthew H. Matheney, Attorney for First National Bank of Pennsylvania, at mmatheney@bdblaw.com

Timothy P. Palmer, Attorney for The Huntington National Bank, at timothy.palmer@bipc.com

John J. Rutter, Attorney for Mentor Lumber & Supply Co., at jrutter@ralaw.com

Frederic P. Schwieg, Attorney for Richard M. Osborne, at fschwieg@schwieglaw.com

Jeffrey C. Toole, Attorney for Zachary B. Burkons, at toole@buckleyking.com

Maria D. Giannirakis ust06, United States Trustee, at maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35, United States Trustee, at Scott.R.Belhorn@usdoj.gov

Gregory P. Amend, Attorney for First National Bank of Pennsylvania, at gamend@bdblaw.com

{00182019-3}    3

18-10514-aih    Doc 63    FILED 10/26/18    ENTERED 10/26/18 17:24:33    Page 3 of 4

Nathaniel R. Sinn, Attorney for First National Bank of Pennsylvania, at
nsinn@bdblaw.com

Alison L. Archer, Attorney for Lakeland Community College, at
alison.archer@ohioattorneygeneral.com

David T. Brady, Attorney for Tax Ease Ohio, LLC, at DBrady@Sandhu-Law.com

Andrew M. Tomko, Attorney for Tax Ease Ohio, LLC, at atomko@sandhu-law.com

                                                /s/ Robert D. Barr
                                                Robert D. Barr
                                                Co-Counsel for Chicago Title Insurance Company