# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-10514 (AIH) |
| | ) | |
| WILSON LAND PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |

## RESPONSE OF CHICAGO TITLE INSURANCE COMPANY TO MOTION OF THE DEBTOR TO SELL REAL ESTATE

Now comes Chicago Title Insurance Company ("Chicago Title"), through the undersigned counsel, and files this response to the Motion of the Debtor, Wilson Land Properties, LLC (the "Debtor") to sell real estate located at 7321 Markell Road, Waite Hill, Ohio (the "Real Estate"). Chicago Title is the holder of a substantial mortgage and judgment liens on the Real Estate.

Chicago Title incorporates herein the objection of The Huntington National Bank ("Huntington"), insofar as the lien-holders will not be paid in full from the proceeds of sale. As shown by the title report attached to the Motion of the Debtor, there are mortgages and liens against the Real Property in millions of dollars; yet the sale offer set forth in the Motion is $530,000.00. Chicago Title, as a secured creditor, does not consent to a sale, and will not be paid in full from the proceeds of sale. The Debtor therefore cannot satisfy the requirements of 11 U.S.C. § 363(f).

Chicago Title further states that there are disputes with respect to the order of priority between the lien-holders as relates to the Real Estate. Any dispute between the lien-holders should be resolved as part of a state court foreclosure proceeding, as there is no equity in the Real Estate for the benefit of the unsecured creditors or the estate. The Real Estate is not necessary for the Debtor's reorganization. Moreover, none of the secured creditors are adequately protected.

Accordingly, Chicago Title consents to the entry of an order lifting the automatic stay and abandoning the Real Estate, which is presently pending before this Court.  However, due to the disputes with respect to the priority of liens, Chicago Title requests there be no finding as to the priority of Huntington's lien, as relates to other creditors.

Wherefore, for the reasons stated above, Chicago Title requests that the Motion to sell the Real Estate be denied.

Respectfully submitted,

| KOEHLER FITZGERALD LLC | SIKORA LAW LLC |
|---|---|
| /s/ Robert D. Barr | /s/ Michael J. Sikora III |
| Robert D. Barr (0067121) | Michael J. Sikora III (0069512) |
| 1111 Superior Avenue East, Suite 2500 | George H. Carr (0069372) |
| Cleveland, Ohio 44114 | 737 Bolivar Road, Suite 270 |
| (216) 744-2739 (telephone) | Cleveland, Ohio 44115 |
| (216) 916-4369 (facsimile) | (440) 266-7777 (telephone) |
| rbarr@koehlerlaw.com | (440) 266-7778 (facsimile) |
| Co-counsel for Chicago Title Insurance Company | msikora@sikoralaw.com |
| | gcarr@sikoralaw.com |
| | Co-counsel for Chicago Title Insurance Company |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2018, a copy of the foregoing *Response of Chicago Title Insurance Company to the Motion of the Debtor to Sell Real Estate* was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Glenn E. Forbes, on behalf of the Debtor, Wilson Land Properties, LLC, at gforbes@geflaw.net

Kelly M. Neal and Timothy P. Palmer, on behalf of The Huntington National Bank, at timothy.palmer@bipc.com and kelly.neal@bipc.com

Michael J. Sikora, III, Attorney for Chicago Title Insurance Company, at msikora@sikoralaw.com

Michael S. Tucker, Attorney for Citizens Bank, N.A., at mtucker@ulmer.com

Matthew H. Matheney, Attorney for First National Bank of Pennsylvania, at mmatheney@bdblaw.com

Timothy P. Palmer, Attorney for The Huntington National Bank, at timothy.palmer@bipc.com

Maria D. Giannirakis ust06, United States Trustee, at maria.d.giannirakis@usdoj.gov

Gregory P. Amend, Attorney for First National Bank of Pennsylvania, at gamend@bdblaw.com

Nathaniel R. Sinn, Attorney for First National Bank of Pennsylvania, at nsinn@bdblaw.com

Andrew M. Tomko, Attorney for Tax Ease Ohio, LLC, at atomko@sandhu-law.com

        /s/ Robert D. Barr
        Robert D. Barr
        Co-Counsel for Chicago Title Insurance Company