GEF/car
11-7-18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No.   18-10514 |
| | ) | |
| WILSON LAND PROPERTIES, LLC | ) |    Chapter 11 |
| | ) | |
| | ) |    Judge Arthur Harris |
| Debtors | ) | |

**NOTICE OF DEBTOR'S DISCLOSURE STATEMENT AND PLAN**

WILSON LAND PROPERTIES, LLC Debtor, has filed its Disclosure Statement and Plan.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve Debtors' Plan, or if you want the court to consider your views on the Debtors' Plan, then on or before **December 11, 2018**, you or your attorney must file with the court a written request for a hearing {*or, if the court requires a written response, an answer, explaining your position*} at:

    U.S. Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue
    Cleveland, OH 44114-1235

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

    Glenn E. Forbes, Esq.    U.S. Trustee's Office
    FORBES LAW LLC    Howard M. Metzenbaum U.S. Courthouse
    166 Main Street    201 Superior Avenue East, Suite 441
    Painesville, OH 44077    Cleveland, OH 44114

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief. A hearing on this matter will be held **December 18, 2018 at 11:00 AM** before the Honorable Arthur I Harris at the H.M. Metzenbaum Courthouse, Courtroom 1A, 201 Superior Avenue, E., Cleveland, Ohio, 44114.

| | |
|---|---|
| Date November 7, 2018 | Signature /s/ Glenn E. Forbes |
| | Name Glenn E. Forbes 0005513 |
| | Address FORBES LAW LLC |
| | Attorney for Debtor |
| | Main Street Law Building |
| | 166 Main Street |
| | Painesville, OH 44077 |
| | 440-357-6211 ext. 128 |
| | Email: gforbes@geflaw.net |
| | bankruptcy@geflaw.net |

CERTIFICATE OF SERVICE

I certify that on November 7, 2018, a true and correct copy of the Notice of Hearing on Debtor's Disclosure Statement and Plan was served via the court's Electronic Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania gamend@bdblaw.com, grichards@bdblaw.com

Scott D. Fink on behalf of Creditor Eriebank, A Division of CNB Bank, ecfndoh@weltman.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania, mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank, timothy.palmer@bipc.com, donna.curcio@bipc.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company, msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania, nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC, atomko@sandhu-law.com , bk1notice@sandhu-law.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A., mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee, maria.d.giannirakis@usdoj.gov

/s/Glenn E. Forbes
Glenn E. Forbes, Esq. (0005513)
FORBES LAW LLC
Attorney for Debtor