The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 1, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 1, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-10514 |
| | ) | |
| WILSON LAND PROPERTIES, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I. HARRIS |

### AGREED ORDER GRANTING ATTORNEY FEES

This cause came on for consideration upon the motion of Glenn E. Forbes for attorney fees [Document 136] and the limited objection of Citizens Bank, NA, fka RBS Citizens, NA, dba Charter One to the motion. [Document 148]

No other party having objected, the motion for attorney fees is granted, subject to the following restrictions:

Debtor shall pay the attorney fees as requested by Glenn E. Forbes, provided, however, that no portion of the funds used to pay those fees shall be taken from the funds set aside for Citizens from the net proceeds of the real estate at 11520 Monarch Court, Mentor, Ohio as

described in this court's order of August 29, 2018 [Document 52].  Subject to that restriction, the motion of Glenn E. Forbes for interim fees in the amount of $ 11,905.00, and unreimbursed expenses in the amount of $905.00, for a balance due from Debtor in the amount of $12,810.00, is granted.

    IT IS SO ORDERED.


Submitted by,

*/s/ Glenn E. Forbes, Esq.*
Glenn E. Forbes, Esq. (0005513)
FORBES LAW LLC
*Main Street Law Building*
166 Main Street
Painesville, OH 44077
Voice: (440) 357-6211 ext. 128
Fax: (440) 357-1634
eFax: 1-888-807-6985
gforbes@geflaw.net
bankruptcy@geflaw.net


Approved:

*/s/ Michael Tucker per email consent 6/28/19*
Michael Tucker, Esq.
Ulmer & Berne LLP
1660 W. Second Street, Suite 1100
Cleveland, Ohio  44113
Tel. 216-583-7120
mtucker@ulmer.com
Counsel for Citizens Bank, NA, fka
RBS Citizens NA, dba Charter One

18-10514

**PARTIES TO BE SERVED**

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania gamend@bdblaw.com, grichards@bdblaw.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC, abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company rbarr@koehler.law, rbarr@koehler.law

Scott D. Fink on behalf of Creditor Eriebank, A Division of CNB Bank ecfndoh@weltman.com

Glenn E. Forbes on behalf of Debtor Wilson Land Properties, LLC bankruptcy@geflaw.net, gforbes@geflaw.net; r45233@notify.bestcase.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com, donna.curcio@bipc.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC, atomko@sandhu-law.com, bk1notice@sandhu-law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee maria.d.giannirakis@usdoj.gov

Michael Tucker, Esq. Counsel for Citizens Bank, NA, fka RBS Citizens NA, dba Charter One mtucker@ulmer.com

/s/ Glenn E. Forbes, Esq.
Glenn E. Forbes, Esq. (0005513)
FORBES LAW LLC