The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 3, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 3, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10514 (AIH) |
| | ) | |
| Wilson Land Properties, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Arthur I. Harris |

**Order Converting Case to Chapter 7**

This matter came before the Court on July 2, 2019 on the *Motion of the United States Trustee for Entry of an Order Converting Case to a Case Under Chapter 7 or Dismissing Case* ("Motion"). Doc. No. 132. Based on the record before the Court, the Court finds as follows:

1. On January 31, 2018, Wilson Land Properties, LLC ("Debtor") filed a voluntary Petition for relief under chapter 11 of the Bankruptcy Code. To date, the Debtor remains in possession.

2. On November 7, 2018, Debtor filed Debtor's Disclosure Statement and Plan of Reorganization. (Doc. No. 68 and 69) Debtor acknowledged in its Disclosure Statement that it cannot reorganize and a controlled liquidation is in the best interest of creditors. There were

several objections to the Disclosure Statement. On June 3, 2019, Debtor filed an Amended Disclosure Statement (Doc. No. 140) to which there were several objections.

3. On May 6, 2019, the United States Trustee filed a Motion requesting Debtor's case be converted to a chapter 7 case or, in the alternative, dismissed. The Motion states the case should be converted or dismissed for cause under 11 U.S.C. §1112(b) as a result of a continuing loss to or diminution of the estate; an absence of a reasonable likelihood of rehabilitation; and an inability to confirm a plan.

4. At the hearing, the Court found that cause existed under 11 U.S.C. §1112(b), that there was no reasonable likelihood of reorganization in a reasonable time, and that an orderly liquidation of assets by a third party was in the best interest of creditors.

5. The Court further found that conversion was in the best interest of creditors. It is therefore,

**ORDERED** that the *Motion of the United States Trustee to Convert Case to a Case Under Chapter 7 or, in the Alternative, to Dismiss Case* establishes cause for conversion or dismissal of the case pursuant to 11 U.S.C. §1112(b) and is granted. It is further,

**ORDERED** that conversion is in the best interest of creditors and the case is converted to a case under chapter 7 of Title 11. It is further,

**ORDERED** that within thirty (30) days of the date of this Order, Debtor shall file all applicable statements, schedules and reports as required by Rule 1019, Federal Rules of Bankruptcy Procedure.

# # #

Order prepared by:

*/s/ Maria D. Giannirakis*
Maria D. Giannirakis (0038220)
Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave. E., Suite 441
Cleveland, OH 44114-1240
maria.d.giannirakis@usdoj.gov

**Parties to be Served**

A true and correct copy of the *Order Converting Case* was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, rbarr@koehler.law
- Douglas M. Eppler    deppler@walterhav.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Matthew H. Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@bdblaw.com, grichards@bdblaw.com
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com