| | | |
|---|---|---|
| In re: | ) | Case No. 18-10514 (AIH) |
| | ) | |
| WILSON LAND PROPERTIES, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge: ARTHUR I. HARRIS |

## OBJECTION OF TRUSTEE TO CLAIM OF GREG DIVITO
## ARISING FROM REJECTION OF LEASE

RE: NOTICE DATED NOVEMBER 24, 2020
OBJECTION TO THE MOTION OF THE DEBTOR WILSON LAND PROPERTIES, LLC
REJECTING GREG DIVITO (LESSEE) DAMAGES

Wilson Land Properties, LLC, Debtor, accepted the monies and entered into an agreement to renew the existing lease for the space occupied by Greg DiVito from July 7, 2019 thru July 7, 2020 at 9010 Tyler Blvd., Unit H, Mentor, Ohio 44060 executed by Lessor, Wilson Land Properties, LLC, Richard M. Osborne, and Lessee, Greg DiVito. See Docket No. 280

At the signing was Richard M. Osborne, Sherry (office employee), and Greg DiVito. If the lease extension from July 7, 2019 thru July 7, 2020 was NOT agreed/executed with Wilson Land Properties, LLC and Richard M. Osborne who represented the Lessor, why had Greg DiVito been able to continue to occupy the space, and no filings were filed against him or no orders to vacate from July 7, 2019 to February 25, 2020 when Walton Hills Green Transfer, LLC sent a "Notice to Vacate" 7 months after the Agreement to the lease extension was effective. See Docket No. 280

Respectability,

Greg DiVito PRO SE 12-16-20

Greg DiVito
1585 East 361ST Street
Unit Q
Eastlake, Ohio 44095

CC: Robert D. Barr, Attorney for the Trustee, at rbarr@koehler.law