UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10514 (AIH) |
| | ) | |
| WILSON LAND PROPERTIES, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |

**OBJECTION OF SHELDON STEIN, CHAPTER 7 TRUSTEE, TO CLAIM OF KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF RICHARD M. OSBORNE (Claim Nos. 23 and 24)**

Sheldon Stein, the Chapter 7 Trustee herein (the "Trustee"), respectfully represents to the Court that the above-designated Claimant, Kari B. Coniglio, as Chapter 7 Trustee for the Bankruptcy Estate of Richard M. Osborne (the "Claimant"), has filed two claims in the within case, both in unknown amounts, which have been designated as Claim Nos. 23 and 24 on the claims register maintained by the Clerk of this Court (the "Coniglio Trustee Claims").

The basis for Claim No. 23 is moneys loaned and/or services performed by Richard M. Osborne for the Debtor, Wilson Land Properties, LLC (the "Debtor").

The basis for Claim No. 24 is Richard M. Osborne's one hundred percent (100%) equity interest in the Debtor.

The Trustee further represents that the Coniglio Trustee Claims should not be allowed for the following reasons:

1. The Coniglio Trustee Claims are both filed in unknown amounts, are unliquidated, and should be disallowed.

2. There are insufficient documents or evidence attached to or enclosed with the Proof of Claim for Claim No. 23 to justify a claim against the within bankruptcy estate.

3. With respect to Claim No. 24, the Trustee agrees to distribute funds in a proposed distribution to the Claimant pursuant to 11 U.S.C. § 726(a)(6), should all other allowed claims be paid in full, plus the payment of interest.

WHEREFORE, for the reasons stated above, the Trustee prays for an Order disallowing Claim Nos. 23 and 24 as specified.

Respectfully submitted,

/s/ Robert D. Barr
Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law

Attorney for Sheldon Stein, Trustee

**CERTIFICATE OF SERVICE**

I certify that on February 15, 2021, a true and correct copy of the foregoing Objection of Trustee to Claims of Kari B. Coniglio, Chapter 7 Trustee for the Bankruptcy Estate of Richard M. Osborne (Claim Nos. 23 and 24), was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Sheldon Stein, Trustee, at ssteindocs@gmail.com

Robert D. Barr, Attorney for the Trustee, at rbarr@koehler.law

Glenn E. Forbes, on behalf of the Debtor, at bankruptcy@geflaw.net

Michael J. Sikora, II, on behalf of Creditor Chicago Title Insurance Corporation, at msikora@sikoralaw.com

Michael S. Tucker, on behalf of Creditor Citizens Bank, N.A., at mtucker@ulmer.com

Scott D. Fink, on behalf of Creditor Eriebank, a division of CNB Bank, at ecfndoh@weltman.com

Gregory P. Amend, on behalf of Creditor First National Bank of Pennsylvania, at gamend@bdblaw.com

Matthew H. Matheney, on behalf of Creditor First National Bank of Pennsylvania, at mmatheney@bdblaw.com

Nathaniel R. Sinn, on behalf of Creditor First National Bank of Pennsylvania, at nsinn@bdblaw.com

Douglas M. Eppler, on behalf of Creditor Huron River Properties, Inc., at deppler@walterhav.com

Kirk W. Roessler, on behalf of Creditor Huron River Properties, Inc., at kroessler@walterhav.com

Austin B. Barnes, III, on behalf of Creditor Tax Ease Ohio, LLC, at abarnes@sandhu-law.com

Andrew M. Tomko, on behalf of Creditor Tax Ease Ohio, LLC, at atomko@sandhu-law.com

Kelly Neal, on behalf of Creditor The Huntington National Bank, at Kelly.neal@bipc.com

Timothy P. Palmer, on behalf of Creditor The Huntington National Bank, at timothy.palmer@bipc.com

Phyllis A. Ulrich, on behalf of Creditor The Huntington National Bank, at bankruptcy@carlisle-law.com

Kari B. Coniglio, Chapter 7 Trustee for Richard M. Osborne, at kbconiglio@vorys.com

Elia O. Woyt, Attorney for Kari B. Coniglio, Trustee, at eowoyt@vorys.com

Jeffrey M. Levinson, Attorney for Osair, Inc. and Walton Hills Green Transport, LLC, at jml@jml-legal.com

Michael J. Moran, Attorney for Diane Osborne, at mike@gibsonmoran.com

Maria D. Giannirakis on behalf of the United States Trustee, at maria.d.giannirakis@usdoj.gov

                                        /s/ Robert D. Barr
                                        Robert D. Barr, Attorney